**Order entered August 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00592-CR

### MATTHEW KEITH MCBRIDE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-19247-M**

## ORDER

The Court **REINSTATES** the appeal.

On July 29, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. We received the reporter's record on August 5, 2014 and the clerk's record on August 11, 2014. Therefore, in the interest of expediting the appeal, we **VACATE** the July 29, 2014 order requiring findings.

The record reflects that appellant pleaded guilty and was sentenced in accordance with a plea agreement. The trial court has certified that appellant has no right to appeal. Accordingly, we will dispose of the appeal in due course.

/s/      LANA MYERS
        JUSTICE